**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone:    (805) 270-7100
Facsimile:    (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

Attorneys for Plaintiff, MATTHEW GUNDERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GUNDERSON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARLSON WAGONLIT TRAVEL, INC., a Delaware corporation; FACEBOOK, INC., a Delaware corporation,<br><br>Defendants. | **CASE NO. 5:18-cv-05803**<br><br>**CLASS AND COLLECTIVE ACTION COMPLAINT FOR:**<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSON (Local Rule 3-15)** |

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff MATTHEW GUNDERSON (hereinafter referred to as "Plaintiff"), certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal

-1-
**CERTIFICATE OF INTERESTED ENTITIES OR PERSON (Local Rule 3-15)**

| PARTY | CONNECTION/INTEREST |
|---|---|
| 1. Matthew Gunderson | Party |
| 2. CARLSON WAGONLIT TRAVEL, INC.<br>a Delaware corporation | Party |
| 3. FACEBOOK, INC.<br>a Delaware corporation | Party |

DATED:  September 21, 2018        **BRADLEY/ GROMBACHER, LLP**


By: /S/ Marcus J. Bradley_____
   Marcus J. Bradley, Esq.
   Kiley L. Grombacher, Esq.
   Taylor L. Emerson, Esq.
   Attorneys for Plaintiff