**MORGAN, LEWIS & BOCKIUS LLP**
CARRIE A. GONELL, Bar No. 257163
carrie.gonell@morganlewis.com
SAMUEL S. SADEGHI, Bar No. 311785
sam.sadeghi@morganlewis.com
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626
Tel: +1.714.830.0600
Fax: +1.714.830.0700

Attorneys for Defendant
FACEBOOK, INC.

**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
2815 Towngate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
temerson@bradleygrombacher.com

Attorneys for Plaintiff
MATTHEW GUNDERSON

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
11/28/18

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GUNDERSON, an individual, on his own behalf and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CARLSON WAGONLIFT TRAVEL, INC., a Delaware corporation; FACEBOOK, INC., a Delaware corporation, <br><br> Defendants. | Case No. 18-CV-05803-YGR <br><br> **JOINT STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT FACEBOOK, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> Complaint Filed: 09/21/18 <br> Current Response Date: 11/27/18 <br> New Response Date: 12/11/18 <br><br> **[Local Rule 6-1(a)]** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Matthew Gunderson ("Plaintiff") and Defendant Facebook, Inc. ("Facebook"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 21, 2018, Plaintiff filed a Complaint against Facebook in the United States District Court for the Northern District of California;

WHEREAS, Plaintiff served his Complaint on Facebook on approximately October 16, 2018;

WHEREAS, Facebook's response to Plaintiff's Complaint was originally due on or about November 6, 2018;

WHEREAS, Facebook's response to Plaintiff's Complaint is currently due on November 27, 2018, pursuant to the Parties' Joint Stipulation to Extend Time for Defendant Facebook, Inc. to Respond to Plaintiff's Complaint;

WHEREAS, the Parties have agreed, by and through their counsel of record, to extend the last day for Facebook to answer or otherwise respond to the Complaint by fourteen (14) days until December 11, 2018;

WHEREAS, pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order; and

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Costa Mesa

DB2/ 35499027.1

2

JOINT STIPULATION TO FURTHER
EXTEND TIME TO RESPOND TO
COMPLAINT
CASE NO. 18-CV-05803-YGR

THEREFORE, it is hereby stipulated and agreed that pursuant to Civil Local Rule 6-1(a), the time for Facebook to answer, move or otherwise respond to Plaintiff's Complaint shall be extended up to and including December 11, 2018.

Dated: November 27, 2018

MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Carrie A. Gonell*
Carrie A. Gonell
Samuel S. Sadeghi
Attorneys for Defendant
FACEBOOK, INC.

Dated: November 27, 2018

BRADLEY GROMBACHER, LLP

By /s/ *Marcus J. Bradley*
Marcus J. Bradley, Esq.
Kiley L. Grombacher, Esq.
Taylor L. Emerson, Esq.
Attorneys for Plaintiff
MATTHEW GUNDERSON

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 35499027.1

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: November 27, 2018          MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Carrie A. Gonell*
    Carrie A. Gonell
    Attorneys for Defendant
    FACEBOOK, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 35499027.1

4

JOINT STIPULATION TO FURTHER
EXTEND TIME TO RESPOND TO
COMPLAINT
CASE NO. 18-CV-05803-YGR